**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WARREN EVANS, | : | No. 74 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| PHILADELPHIA COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2020, the Petition for Writ of Mandamus and the Motion to Strike Respondent's Response are DENIED.